# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### 5:98-cr-246-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     **ORDER** |
| STEVEN D. CARR | ) |
| **Defendant.** | ) |

**BEFORE THE COURT** is the United States' Petition for Remission of Fine. The Petition is **GRANTED** for the grounds stated therein. The $2,000 fine is remitted.

**SO ORDERED.**

Signed: November 20, 2015

Richard L. Voorhees
United States District Judge